IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. |
| | § | |
| CHRISTIAN JOE ALLISON | § | |

706-CR-025-R

## INDICTMENT

The Grand Jury Charges:

Count One
Felon in Possession of Firearms
(Violations of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about July 16, 2006, in the Wichita Falls Division of the Northern District of Texas, defendant, **Christian Joe Allison,** having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting commerce firearms, to wit: a Star, Model 30M, 9 mm pistol, bearing Serial Number 1896635 and a West Point (Stevens), Model 167 H, 12 gauge shotgun both of which had previously been shipped and transported in interstate and foreign commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

A TRUE BILL.

F **REDACTED**

RICHARD B. ROPER
UNITED STATES ATTORNEY

*Paul D. Macaluso*
---
PAUL D. MACALUSO
Assistant United States Attorney
Texas State Bar No. 12770000
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8647
Facsimile: 214.767.8803

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

NOV - 9 2006

CLERK, U.S. DISTRICT COURT
By _____
          Deputy

THE UNITED STATES OF AMERICA

v.

**CHRISTIAN JOE ALLISON**

## INDICTMENT

18 U.S.C. §§ 922(g)(1) and 924(a)(2)
Felon in Possession of a Firearm

1 Count

A true bill rendered

_____                    REDACTED                    _____
DALLAS                                                              FOREPERSON

Filed in open court this  9th  day of November, A.D., 2006.

_____
                                                              Clerk
WARRANT TO ISSUE AS TO DEFENDANT CHRISTIAN JOE ALLISON
_____

_/s/ Wm. F. Sanderson Jr._
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE
No Magistrate Complaint Pending.

*Criminal Case Cover Sheet*                                                                 Revised 3/5/98

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number: _____

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   ☐ Yes   ☐ No

   Defendant Name: **CHRISTIAN JOE ALLISON**

   Alias Name: _____

   Address: _____

   County in which offense was committed: Wichita Falls, Texas

2. **U.S. Attorney Information**

   **AUSA PAUL D. MACALUSO**          Texas State Bar No. **12770000**

   RECEIVED NOV - ? ?
   CLERK, U.S. DISTRICT COURT
   NORTHERN DISTRICT OF TEXAS

3. **Interpreter**

   ☐ Yes ☒ No    If Yes, list language and/or dialect: _____

4. **Location Status:** WARRANT TO ISSUE

   ☐ Already in Federal Custody
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 1    ☐ Petty  ☐ Misdemeanor  ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | Felon in Possession of a Firearm | 1 |

Date October 20, 2006           Signature of AUSA: *Paul D. Macaluso*

                                  PAUL D. MACALUSO